OPINION — AG — **** BOARD OF EDUCATION — ELECTION **** PURSUANT TO SECTION 5-109 HOUSE BILL 1155, 33RD LEGISLATURE, FIRST SESSION, 1971, ANY CITY HAVING A POPULATION IN EXCESS OF FIVE THOUSAND (5000) HAVING A CHARTER FORM OF GOVERNMENT, AND LOCATED IN AN INDEPENDENT SCHOOL DISTRICT, MUST CONDUCT ITS ELECTION OF BOARD OF EDUCATION MEMBERS ON THE FOURTH TUESDAY IN JANUARY OF THE YEARS IN WHICH THE RESPECTIVE MEMBERS' TERMS EXPIRED. (LARRY FRENCH)